# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00177-PAB-STV

R.J., and B.J.,

        Plaintiffs,

vs.

BLUECROSS BLUSHIELD of TEXAS,

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiffs, through their undersigned counsel, hereby notify the Court that the parties have reached a confidential settlement agreement. Plaintiffs anticipate filing a motion to dismiss within sixty (60) days of the date of this Notice.

DATED this 17th day of February, 2025.

                                                        /s/ Brian S. King
                                                        *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent to all parties registered to receive court notices via the Court's CM/ECF System.

DATED this 17th day of February, 2025.

/s/ Brian S. King
*Attorney for Plaintiffs*

2